UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80062-Cr-Rosenberg/Reinhart

18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

KEMAL YASLOWITZ,

Defendant.
_____/

FILED BY ___TM___ D.C.

Apr 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography)

On or about January 9, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEMAL YASLOWITZ,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

1

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## COUNT 2
## 18 U.S.C. § 2252(a)(2) & (b)(1)
## (Distribution of Child Pornography)

On or about January 9, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEMAL YASLOWITZ,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KEMAL YASLOWITZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    a. Any visual depiction described in Title 18, United States Code, Section 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used, or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, one (1) Acer Aspire, Serial Number NXRZJAA0032330E7F83400; and, one (1) HP Notebook, Serial Number CND9165458.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| **Kemal Yaslowitz** | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |
| _____ **Defendant.** _____ / | |

**Court Division:** (Select One)  
☐ Miami ☐ Key West ☐ FTL  
☑ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No  
Number of new defendants _____  
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No _____  
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)  
   I    0 to 5 days      ☑  
   II   6 to 10 days     ☐  
   III  11 to 20 days    ☐  
   IV   21 to 60 days    ☐  
   V    61 days and over ☐

   (Check only one)  
   Petty        ☐  
   Minor        ☐  
   Misdemeanor  ☐  
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No) No _____  
   If yes: Judge _____ Case No. _____  
   (Attach copy of dispositive order)  
   Has a complaint been filed in this matter? (Yes or No) No _____  
   If yes: Magistrate Case No. _____  
   Related miscellaneous numbers: _____  
   Defendant(s) in federal custody as of _____  
   Defendant(s) in state custody as of _____  
   Rule 20 from the District of _____  
   Is this a potential death penalty case? (Yes or No) No _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No _____

_____  
Brian D. Ralston  
Assistant United States Attorney  
Court ID No.    A5502727

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** KEMAL YASLOWITZ

**Case No:** _____

Count #: 1
Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

*Max. Penalty: 20 years' imprisonment, $250,000 fine, Supervised Release of 5 years to life, $5000 special assessment, $100 special assessment, Restitution

Count #: 2

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

* Max. Penalty: 20 years' imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 years to life, $5000 special assessment, $100 special assessment, Restitution

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.